IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY D PETERSON,

    Plaintiff,

  v.

KEN CLARK, Warden,

    Defendant.
_____/

No. C 07-04069 CW PR

ORDER GRANTING APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> AND ORDER TO SHOW CAUSE

    Petitioner, a state prisoner currently incarcerated at California State Prison in Corcoran, California, has filed an application to proceed <u>in forma pauperis</u> (IFP) and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

    The application to proceed IFP is granted. The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

    Respondent shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall

file with the answer a copy of all portions of the state record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 2/8/08

CLAUDIA WILKEN
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| LARRY D PETERSON,<br><br>        Plaintiff,<br><br>  v.<br><br>KEN CLARK et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-04069 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Dean Peterson V-22444
Substance Abuse Treatment Facility
E5-129u
P.O. Box 7100
Corcoran, CA 93212

Dated: February 8, 2008

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk