IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN PETERSON,<br><br>    Petitioner,<br><br>   v.<br><br>KEN CLARK, Warden,<br><br>    Respondent._____/ | No. C 07-04069 CW (PR)<br><br>ORDER DIRECTING RESPONDENT TO FILE REPLY |

   Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus. The Court directed Respondent to file a answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, Respondent has filed a motion to dismiss. Petitioner has filed an opposition. Respondent has not filed a reply to Petitioner's opposition to the motion to dismiss.

   Petitioner has raised issues in his opposition that were not addressed in Respondent's motion to dismiss, and the Court would find it helpful to have a reply from Respondent. Accordingly, Respondent is ordered to file a reply by October 13, 2008, unless he wishes to withdraw the motion.

   IT IS SO ORDERED.

Dated: 9/18/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LARRY D PETERSON,

        Plaintiff,

  v.

KEN CLARK et al,

        Defendant.
                                     /

Case Number: CV07-04069 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Dean Peterson V-22444
Substance Abuse Treatment Facility
E5-129u
P.O. Box 7100
Corcoran, CA 93212

Sharon R. Wooden
CA Attorney General's Office
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102-7004

Dated: September 18, 2008

                                       Richard W. Wieking, Clerk
                                       By: Sheilah Cahill, Deputy Clerk