UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN PETERSON,<br><br>        Petitioner,<br><br>  v.<br><br>KEN CLARK,<br><br>        Respondent. | Case No. 07-cv-04069-CW (PR)<br><br>ORDER LIFTING STAY, REOPENING CASE AND GRANTING PETITIONER LEAVE TO FILE AMENDED PETITION<br><br>Re: Dkt. No. 46 |

    This habeas action was stayed and administratively closed so that Petitioner, Larry Dean Peterson, could exhaust state court remedies as to several of his claims for relief. On April 13, 2015, Petitioner filed a quarterly status report indicating that the California Supreme Court denied his state petition for a writ of habeas corpus, exhausting his state remedies. He requests that the stay be lifted and that he be allowed to proceed with his previous and newly exhausted claims.

    Good cause appearing, the Court grants Petitioner's request to lift the stay and reopen the action. The stay is lifted. The Clerk of the Court will reopen this action.

    Petitioner is granted leave to file an amended petition which includes all of his claims for habeas relief. Petitioner must file his amended petition within twenty eight days of the

date of this Order.  If he does not do so within this time, his original petition will be the operative petition in this action. The Clerk of the Court shall send Petitioner a blank habeas petition form.

    IT IS SO ORDERED.

Dated: 04/16/2015

_____
CLAUDIA WILKEN
United States District Judge