1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    LARRY DEAN PETERSON,                Case No. 07-cv-04069-CW (PR)
                   Petitioner,
8
          v.                            ORDER TO SHOW CAUSE
9
     KEN CLARK,
10
                   Respondent.[1]
11

12

13        This habeas action was stayed and administratively closed on

14   March 20, 2009 so that Petitioner could exhaust his claims in

15   state court.  On April 16, 2015, after Petitioner informed the

16   Court that his claims had been exhausted, the Court lifted the

17   stay, reopened the case and granted Petitioner leave to file an

18   amended petition.  On May 11, 2015, Petitioner filed his amended

19   petition.

20        Good cause appearing, the Court hereby issues the following

21   orders:

22        1.   The Clerk of the Court shall serve a copy of this Order

23   and the amended petition and all attachments thereto upon

24   Respondent and Respondent's attorney, the Attorney General of the

25

26

27   [1]In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the
     Federal Rules of Civil Procedure, the Clerk of the Court is
28   directed to substitute Warden Stu Sherman as Respondent because
     he is Petitioner's current custodian.

United States District Court
Northern District of California

State of California.  The Clerk also shall serve a copy of this Order on Petitioner at his current address.

2.  No later than <u>sixty</u> days from the date of this Order, Respondent shall file with this Court and serve upon Petitioner an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the Answer all portions of the state record that have been transcribed previously and are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within <u>thirty</u> days of his receipt of the Answer.  If he does not do so, the petition will be deemed submitted and ready for decision on the date the Traverse is due.

3.  No later than <u>sixty</u> days from the date of this Order, Respondent may file with this Court and serve upon Petitioner a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.

If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within <u>thirty</u> days of receipt of the motion, and Respondent <u>shall</u> file with the Court and serve on Petitioner a reply within <u>fourteen</u> days of receipt of an opposition.

4.  It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court informed of any change of

2

1   address by filing a separate paper with the clerk headed "Notice

2   of Change of Address," and must comply with the Court's orders in

3   a timely fashion.  He also must serve on Respondent's counsel all

4   communications with the Court by mailing a true copy of the

5   document to Respondent's counsel.  Failure to do so may result in

6   the dismissal of this action, pursuant to Federal Rule of Civil

7   Procedure 41(b), for failure to prosecute.

8        5.   Extensions of time are not favored, though reasonable

9   extensions will be granted.  Any motion for an extension of time

10  must be filed no later than ten days prior to the deadline sought

11  to be extended.

12       6.   The Clerk of the Court shall substitute Warden Stu

13  Sherman as Respondent.

14       IT IS SO ORDERED.

15  Dated: 05/14/2015

16  _____

17  CLAUDIA WILKEN
    United States District Judge

United States District Court
Northern District of California

3