IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. PETERSON,<br><br>            Petitioner,<br><br>     v.<br><br>STU SHERMAN, Warden,<br><br>            Respondent. | No. C 07-04069 CW<br><br>Order Regarding<br>State Trial and<br>Appellate Record |

Petitioner Larry D. Peterson has filed a petition for a writ of habeas corpus. Respondent Stu Sherman moves to dismiss, arguing that Peterson failed to exhaust some of his claims and that all of his claims are procedurally defaulted. In response, Peterson asserts that he has been denied copies of trial transcripts and other documents in the state trial and appellate record. Opposition at 1-2; see Docket No. 12, Order Denying Motion to Dismiss at 2-3, 15.

The Court hereby orders that the Attorney General of the State of California file with the Court and serve upon Peterson within thirty days of the issuance of this Order a copy of all trial and appellate records that have been transcribed for the underlying conviction in this case.

After receiving the records, Peterson may file a supplemental opposition to Sherman's Motion to Dismiss. If Peterson wishes to do so, he shall file his supplemental opposition within thirty days of his receipt of the records.

1    The Clerk of the Court shall serve a copy of this Order upon Sherman and Sherman's attorney, the Attorney General of the State of California and Peterson at his current address.

    IT IS SO ORDERED.

Dated: March 16, 2016



CLAUDIA WILKEN
United States District Judge