IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. PETERSON, | No. C 07-04069 CW |
|     Petitioner, | ORDER REGARDING STATE TRIAL AND APPELLATE RECORD |
|     v. | |
| STU SHERMAN, Warden, | |
|     Respondent. | |

On March 16, 2016, the Court ordered that the Attorney General of the State of California file with the Court and serve upon Larry D. Peterson within thirty days of the issuance of that order a copy of all trial and appellate records that have been transcribed for the underlying conviction in this case. To date, the Court has not received notice that such records were filed and served upon Peterson.

The Court hereby orders that the Attorney General of the State of California file copies of the records with the Court and serve copies upon Peterson forthwith, and provide an explanation for why it has not done so.

The Clerk of the Court shall serve a copy of this Order upon Sherman and Sherman's attorney, the Attorney General of the State of California and Peterson at his current address.

IT IS SO ORDERED.

Dated: April 26, 2016



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN PETERSON,<br><br>      Plaintiff,<br><br>  v.<br><br>STU SHERMAN,<br><br>      Defendant. | Case No.  07-cv-04069-CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Dean Peterson ID: V-22444
CIM II, West - A4,CH-165L
P.O. Box 368
Chino, CA 91708

Dated: April 26, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Nichole Peric
Nichole Peric, Deputy Clerk to
the Honorable CLAUDIA WILKEN

2