IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


LARRY D. PETERSON,                              No. C 07-04069 CW

      Petitioner,                        ORDER REGARDING
                                                SUPPLEMENTAL
    v.                                        OPPOSITION

STU SHERMAN, Warden,

      Respondent.
_____/

On March 16, 2016, the Court ordered that the Attorney General of the State of California file with the Court and serve upon Larry D. Peterson a copy of all trial and appellate records that have been transcribed for the underlying conviction in this case. That order also permitted Peterson to file a supplemental opposition to the pending motion to dismiss within thirty days of his receipt of the records. On April 26, the Court had not received notice that such records were filed and served upon Peterson, and ordered the Attorney General to file copies and serve copies upon Peterson. In response, counsel for the Attorney General filed a declaration stating that she had retrieved, copied and sent the records to Peterson on March 25, 2016, and that she would do the same to send copies to the Court. The Court received copies of the records on May 26, 2016.

        To avoid any confusion arising from the filing delay and the Court's prior orders, Peterson now has thirty days from the date this order issues to file any supplemental opposition to the motion to dismiss on the basis of the records, if he wishes to do so.

        IT IS SO ORDERED.

Dated: May 31, 2016



_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY DEAN PETERSON,

       Plaintiff,

    v.

STU SHERMAN,

       Defendant.

Case No.   07-cv-04069-CW

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on May 31, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Dean Peterson ID: V-22444
CIM II, West - A4,CH-165L
P.O. Box 368
Chino, CA 91708

Dated: May 31, 2016

                           Susan Y. Soong
                           Clerk, United States District Court

                           By:_*Nichole Peric*_
                           Nichole Peric, Deputy Clerk to the Honorable CLAUDIA WILKEN

3