UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN PETERSON,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | Case No.  07-4069 CW<br><br>JUDGMENT |

    For the reasons stated in the Court's Order granting Respondent's motion to dismiss all claims as procedurally defaulted, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    The Clerk of the Court shall close the file.


    IT IS SO ORDERED.

Dated:  March 28, 2017

_____
CLAUDIA WILKEN
United States District Judge